FILED
CLERK, U.S. DISTRICT COURT
MAY - 4 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROBERT CASTRO,<br><br>    Petitioner,<br><br>v.<br><br>K. HARRINGTON, Warden,<br><br>    Respondent. | Case No. EDCV 10-00427 DSF (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the Petition is dismissed with prejudice for the reasons in the accompanying Order.

DATED: May __4__, 2010

_Dale S. Fischer_
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 5 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY